IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

J & J SPORTS PRODUCTIONS, INC.  :
:  CIVIL ACTION
v.  :
:  NO. 15-4445
CHENET LAROSE, ET AL.  :

# O R D E R

**AND NOW**, this  12th  day of  April , 2018, upon consideration of Plaintiff's Motion for Summary Judgment (ECF No. 37), and all documents submitted in support thereof, and in opposition thereto, it is **ORDERED** that the Motion is **GRANTED** in part, and **DENIED** in part, as follows:

1. The Motion is **GRANTED** as to Defendant LaRose Club, Inc. Judgment is entered in favor of Plaintiff J&J Sports Productions, Inc. and against Defendant LaRose Club, Inc. in the amount of $2,200. Plaintiff's request for enhanced damages is **DENIED**.

2. The Motion is **DENIED** as to Defendant Wynne LaRose. Judgment is entered in favor of Wynne LaRose and against Plaintiff J&J Sports Productions, Inc.

3. Counsel for Plaintiff has fourteen days from the date of this Order to submit evidence of costs and reasonable attorney's fees.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**